UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00001-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE MANUELES-DOLORES, a/k/a Jose Rosales,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, February 17, 2010,** and responses to these motions shall be filed by **Friday, February 26, 2010.**  It is

    FURTHER ORDERED that a two-day jury trial is set to commence on **Monday, March 15, 2010, at 9:00 a.m.** in courtroom A-1002.  Finally, it is

    ORDERED that the parties shall contact my Chambers if a hearing on pending motions or final trial preparation conference needs to be set.

    Dated:  January 13, 2010

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge