UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00001-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE MANUELES-DOLORES, a/k/a Jose Rosales,

      Defendant.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on January 29, 2010.  The two-day jury set to commence Monday, March 15, 2010, at 9:00 a.m. is VACATED.  Change of Plea Hearing is **SET** for **Monday, March 29, 2010, at 11:00 a.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  February 1, 2010