**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Date: June 15, 2010                    Probation:    Kurt Thoene
Courtroom Deputy:    Robert R. Keech    Interpreter:    Susana Cahill
E.C.R./Reporter:    Therese Lindblom

---

Criminal Case No:  **10-cr-00001-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                  John M. Canedy

        Plaintiff,

v.

**1.  JOSE MANUELES-DOLORES, a/k/a**          Warren R. Williamson
**Jose Rosales**,

        Defendant.

---

**SENTENCING**

---

**1:36 p.m.**      Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Monday, March 29, 2010, at 11:00 a.m.
        Plea of Guilty - one-count Indictment**

        APPEARANCES OF COUNSEL.

        Interpreter sworn (Spanish).

        Court's opening remarks.

1:37 p.m.      Statement on behalf of Government (Mr. Canedy).

1:38 p.m.      Statement on behalf of Defendant (Mr. Williamson).

1:51 p.m.      Statement on behalf of Government (Mr. Canedy).

1:54 p.m.  Statement by Defendant on his own behalf (Mr. Manueles-Dolores).

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #19], filed April 13, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Variant Sentence [doc. #26], filed June 1, 2010, is **DENIED AS MOOT.**

**ORDERED:** Defendant's Corrected Motion for Variant Sentence [doc. #27], filed June 1, 2010, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **16** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    Defendant shall not unlawfully possess a controlled substance.

(X)    The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)       If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:01 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :25**