IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00001-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE MANUELES-DOLORES,
  a/k/a Jose Rosales,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion for Decrease for Acceptance of Responsibility [doc. #19], filed April 13, 2010, is **GRANTED.** It is further

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 15th day of June, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE